| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Murphy, Diana E. | 2. Court or Organization U.S.Court of Appeals (8th Cir) | 3. Date of Report 05/04/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address U.S. Courthouse 300 S. Fourth Street, 11E Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Life Trustee | University of Minnesota Foundation |
| 2. Trustee | University of St. Thomas |
| 3. Director | Minnesota Opera |
| 4. Director | Hill Museum and Manuscript Library |
| 5. Director | Spencer Williams Foundation for Judicial Independence |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 11 A 9: 52 JUDICIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Jewish Congress & American University Law School | June 14-16 | Washington, DC | Speech - International Judges Meeting | Transport.; hotel and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ind'l Retirement Acct ▨ Milw, WI (USBonds) | | None | ▨ | T | partial dist | 12/15/09 | ▨ | | |
| 2. ▨ Tax Free MM Fund, Mpls, MN | ▨ | Interest | ▨ | T | | | | | |
| 3. ▨ Tax Free MM Fund, Mpls, MN | ▨ | Interest | ▨ | T | | | | | |
| 4. Checking Acct, ▨ Mpls, MN | ▨ | Interest | ▨ | T | | | | | |
| 5. Trust, ▨ (mun bds & cash eq) | ▨ | Interest | ▨ | T | | | | | |
| 6. IRA ▨ Milw, WI (USBonds) | | None | ▨ | T | partial dist | 12/14/09 | ▨ | | |
| 7. Bond - U.S. Treasury Notes | | None | ▨ | T | | | | | |
| 8. U.S. Treasury Bond | | None | | | Redeemed | 12/03/09 | ▨ | | |
| 9. U.S. Treasury Bonds | | None | | | Redeemed | 12/17/09 | ▨ | | |
| 10. Bond - Inver Grove Heights, MN | | None | | | Sold | 01/15/09 | ▨ | | |
| 11. Bond - Mahtomedi, MN | ▨ | Interest | ▨ | T | | | | | |
| 12. Bond - Minnetonka, MN | ▨ | Interest | ▨ | T | | | | | |
| 13. Bond - Roseville, MN | ▨ | Interest | ▨ | T | | | | | |
| 14. Bond - Minnesota HGR ED | | None | | | Sold | 01/02/09 | ▨ | | |
| 15. Bond - Northfield, MN | | None | | | Sold | 01/30/09 | ▨ | ▨ | |
| 16. Bond - Woodbury, MN | | None | | | Sold | 01/30/09 | ▨ | ▨ | |
| 17. Bond - Buffalo, MN | | None | | | Sold | 01/26/09 | ▨ | ▨ | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Bond - Burnsville, MN | | None | | | Sold | 01/06/09 | ▦ | | |
| 19.  Bond - Forest Lake City, MN | | None | | | Sold | 02/02/09 | ▦ | | |
| 20.  Bond - Forest Lake City, MN | | None | | | Sold | 02/02/09 | ▦ | | |
| 21.  Bond - Maple Grove, MN | ▦ | Interest | ▦ | T | | | | | |
| 22.  Bond - Maple Grove, MN | ▦ | Interest | ▦ | T | | | | | |
| 23.  Bond - Rosemount, MN | | None | | | Sold | 01/13/09 | ▦ | ▦ | |
| 24.  Bond - Rosemount, MN | | None | | | Sold | 02/02/09 | ▦ | | |
| 25.  Bond - St. Paul, MN | | None | | | Sold | 01/21/09 | ▦ | ▦ | |
| 26.  Bond - Grand Meadow, MN | | None | | | Sold | 01/30/09 | ▦ | ▦ | |
| 27.  Bond - Maplewood, MN | | None | | | Sold | 02/02/09 | ▦ | ▦ | |
| 28.  Bond - Maplewood, MN | | None | | | Sold | 02/02/09 | ▦ | | |
| 29.  Bond - Pipestone, MN | ▦ | Interest | ▦ | T | | | | | |
| 30.  Bond - Rockford, MN | ▦ | Interest | ▦ | T | | | | | |
| 31.  Bond - St. Louis Park, MN | | None | | | Sold | 02/02/09 | ▦ | | |
| 32.  Bond - So. St. Paul, MN | | None | | | Sold | 02/02/09 | ▦ | | |
| 33.  Bond - Ulen-Hitterdal Dst. MN | | None | | | Sold | 01/06/09 | ▦ | | |
| 34.  Bond - Ulen-Hitterdal Dst. MN | | None | | | Sold | 04/01/09 | ▦ | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Bond - US Treasury | | None | ▨ | T | | | | | |
| 36. Bond - Maplewood, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 37. Bond - Pipestone, MN | ▨ | Interest | ▨ | T | | | | | |
| 38. Bond - Pipestone, MN | ▨ | Interest | ▨ | T | | | | | |
| 39. Bond - Rockford, MN | ▨ | Interest | ▨ | T | | | | | |
| 40. Bond - St. Louis Park, MN | | None | | | Sold | 02/02/09 | ▨ | | |
| 41. Bond - So. St. Paul, MN | | None | | | Sold | 02/02/09 | ▨ | | |
| 42. Bond - Ulen-Hitterdal Dst, MN | | None | | | Sold | 04/01/09 | ▨ | | |
| 43. Bond - Ulen-Hitterdal Dst, MN | | None | | | Sold | 04/01/09 | ▨ | | |
| 44. Bond - Bloomington, MN | | None | | | Sold | 01/06/09 | ▨ | ▨ | |
| 45. Bond - Andover, MN | | None | | | Sold | 01/14/09 | ▨ | ▨ | |
| 46. Bond - Bloomington, MN | | None | | | Sold | 01/30/09 | ▨ | ▨ | |
| 47. Bond - Chaska, MN | | None | | | Sold | 02/02/09 | ▨ | | |
| 48. Bond - Dakota Cty, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 49. Bond - Minneapolis Metropolitan Airports | ▨ | Interest | ▨ | T | | | | | |
| 50. Bond - St. Louis Cty, MN | ▨ | Interest | | | Sold | 12/01/09 | ▨ | | |
| 51. Bond - Stillwater, MN | ▨ | Interest | ▨ | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bond - Hopkins, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 53. Bond - Andover, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 54. Bond - Hopkins, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 55. Bond - Olmsted County | ▨ | Interest | ▨ | T | | | | | |
| 56. Bond - Moorhead, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 57. Bond - Richfield, MN | ▨ | Interest | ▨ | T | | | | | |
| 58. Bond - Dakota County, MN | | None | | | Sold | 01/26/09 | ▨ | | |
| 59. Bond - Edina, MN | ▨ | Interest | ▨ | T | | | | | |
| 60. Bond - Golden Valley, MN | | None | | | Sold | 01/15/09 | ▨ | | |
| 61. Bond - Mahtomedi, MN | | None | | | Sold | 02/13/09 | ▨ | | |
| 62. Bond - Maplewood, MN | | None | | | Sold | 01/07/09 | ▨ | | |
| 63. Bond - Moorhead, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 64. Bond - Osakis, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 65. Bond - Otsego, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 66. Bond - Prior Lake, MN | ▨ | Interest | ▨ | T | | | | | |
| 67. Bond - Ramsey Cty, MN | ▨ | Interest | ▨ | T | | | | | |
| 68. Bond - Richfield, MN | ▨ | Interest | ▨ | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Bond - St. Paul Park, MN | ▨ | Interest | ▨ | T | | | | | |
| 70. Bond - Sherburne Cty, MN | ▨ | Interest | | | Sold | 08/03/09 | ▨ | ▨ | |
| 71. Bond - Bloomington, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 72. Bond - Bloomington, MN | | None | | | Sold | 01/28/09 | ▨ | | |
| 73. Bond - Champlin, MN | ▨ | Interest | ▨ | T | | | | | |
| 74. Bond - Chaska, MN | | None | | | Sold | 01/07/09 | ▨ | | |
| 75. Bond - Chaska, MN | ▨ | Interest | ▨ | T | | | | | |
| 76. Bond - Lake Elmo, MN | ▨ | Interest | ▨ | T | | | | | |
| 77. Bond - Minnetonka, MN | ▨ | Interest | ▨ | T | | | | | |
| 78. Bond - Mounds View, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 79. Bond - Northfield, MN | ▨ | Interest | ▨ | T | | | | | |
| 80. Bond - Saint Anthony, MN | ▨ | Interest | ▨ | T | | | | | |
| 81. Bond - St. Louis Park, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 82. Bond - Shakopee, MN | ▨ | Interest | ▨ | T | | | | | |
| 83. Bond - Washington Cty, MN | ▨ | Interest | ▨ | T | | | | | |
| 84. Bond - West St. Paul, MN | ▨ | Interest | ▨ | T | | | | | |
| 85. Bond - Anoka, MN | | None | | | Sold | 01/06/09 | ▨ | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Bond – Bloomington, MN | ▨ | Interest | ▨ | T | | | | | |
| 87. Bond – Edina, MN | | None | ▨ | T | | | | | |
| 88. Bond – Golden Valley, MN | ▨ | Interest | ▨ | T | | | | | |
| 89. Bond – Golden Valley, MN | ▨ | Interest | ▨ | T | | | | | |
| 90. Bond –Inver Grove Heights, MN | ▨ | Interest | ▨ | T | | | | | |
| 91. Bond – Maple Grove, MN | | None | | | Sold | 01/15/09 | ▨ | ▨ | |
| 92. Bond – Rosemount, MN | | None | | | Sold | 02/02/09 | ▨ | | |
| 93. Bond – Anoka, MN | ▨ | Interest | ▨ | T | | | | | |
| 94. Bond – Bloomington, MN | ▨ | Interest | ▨ | T | | | | | |
| 95. Bond – Dayton, MN | ▨ | Interest | ▨ | T | | | | | |
| 96. Bond – Golden Valley, MN | ▨ | Interest | ▨ | T | | | | | |
| 97. Bond – Golden Valley, MN | ▨ | Interest | ▨ | T | | | | | |
| 98. Bond – Golden Valley, MN | ▨ | Interest | ▨ | T | | | | | |
| 99. Bond – Maplewood, MN | | None | | | Sold | 02/02/09 | ▨ | ▨ | |
| 100. Bond – St. Michael, MN | | None | | | Sold | 02/12/09 | ▨ | | |
| 101. Bond – St. Michael, MN | | None | | | Sold | 02/13/09 | ▨ | | |
| 102. Bond – Three Rivers, MN | | None | | | Sold | 01/21/09 | ▨ | ▨ | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Bond - Washington County, MN | 🔲 | Interest | 🔲 | T | | | | | |
| 104. Bond - Bloomington, MN | 🔲 | Interest | 🔲 | T | | | | | |
| 105. Bond - Crystal, MN | | None | | | Sold | 01/27/09 | 🔲 | | |
| 106. Bond - Hopkins, MN | 🔲 | Interest | 🔲 | T | | | | | |
| 107. Bond - Lino Lakes, MN | | None | | | Sold | 01/15/09 | 🔲 | 🔲 | |
| 108. Bond - Spring Lake Park | 🔲 | Interest | 🔲 | T | | | | | |
| 109. Bond - Three Rivers Park, MN | 🔲 | Interest | 🔲 | T | | | | | |
| 110. Bond - Worthington, MN | | None | | | Sold | 01/06/09 | 🔲 | | |
| 111. Bond - Alexandria, MN | 🔲 | Interest | 🔲 | T | | | | | |
| 112. Bond - Bloomington, MN | 🔲 | Interest | 🔲 | T | | | | | |
| 113. Bond - Brooklyn Ctr, MN | 🔲 | Interest | 🔲 | T | | | | | |
| 114. Bond - Brooklyn Ctr, MN | | None | | | Sold | 01/15/09 | 🔲 | 🔲 | |
| 115. Bond - Brooklyn Ctr, MN | 🔲 | Interest | 🔲 | T | | | | | |
| 116. Bond - Crystal, MN | 🔲 | Interest | 🔲 | T | | | | | |
| 117. Bond - Eden Prairie, MN | 🔲 | Interest | 🔲 | T | | | | | |
| 118. Bond - Fridley, MN | | None | | | Sold | 01/06/09 | 🔲 | | |
| 119. Bond - Hopkins, MN | | None | | | Sold | 01/06/09 | 🔲 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Bond – Inver Grove Hgts, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 121. Bond – Lino Lakes, MN | | None | | | Sold | 01/15/09 | ▨ | ▨ | |
| 122. Bond – Minneapolis, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 123. Bond – Minneapolis, MN | ▨ | Interest | ▨ | T | | | | | |
| 124. Bond– Minneapolis, MN | ▨ | Interest | ▨ | T | | | | | |
| 125. Bond – Robbinsdale, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 126. Bond – Sauk Centre, MN | ▨ | Interest | ▨ | T | | 01/06/09 | | | |
| 127. Bond – Scott County, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 128. Bond – Shakopee, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 129. Bond – Spring Lake Park, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 130. Bond – St. Anthony, MN | | None | | | Sold | 02/13/09 | ▨ | | |
| 131. Bond – St. Michael, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 132. Bond – Staples, MN | ▨ | Interest | ▨ | T | | | | | |
| 133. Bond – St. Paul, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 134. Bond – Three Rivers Park, MN | | None | | | Sold | 01/21/09 | ▨ | ▨ | |
| 135. Bond – Worthington, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 136. Bond – New Brighton, MN | | None | | | Sold | 01/06/09 | ▨ | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Bond – Andover, MN | | None | | | Sold | 01/13/09 | ▨ | ▨ | |
| 138. Bond – Anoka, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 139. Bond – Brooklyn Center, MN | | None | | | Sold | 01/30/09 | ▨ | ▨ | |
| 140. Bond – Buffalo, MN | | None | | | Sold | 01/26/09 | ▨ | ▨ | |
| 141. Bond – Burnsville, MN | ▨ | Interest | ▨ | T | | | | | |
| 142. Bond – Centennial School, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 143. Bond – Edina, MN | ▨ | Interest | ▨ | T | | | | | |
| 144. Bond – Elk River, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 145. Bond – Farmington, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 146. Bond – Fridley, MN | ▨ | Interest | ▨ | T | | | | | |
| 147. Bond – Hopkins | | None | | | Sold | 01/06/09 | ▨ | | |
| 148. Bond – Litchfield | | None | | | Sold | 01/06/09 | ▨ | | |
| 149. Bond – Metropolitan Council, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 150. Bond – Minneapolis, MN | ▨ | Interest | ▨ | T | | | | | |
| 151. Bond – Minnetonka | | None | | | Sold | 01/06/09 | ▨ | | |
| 152. Bond – Mound, MN | ▨ | Interest | ▨ | T | | | | | |
| 153. Bond – New Brighton, MN | | None | | | Sold | 01/06/09 | ▨ | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Bond - North St. Paul, MN | ▨ | Interest | ▨ | T | | | | | |
| 155. Bond - North St. Paul, MN | ▨ | Interest | ▨ | T | | | | | |
| 156. Bond - Olmsted, MN | ▨ | Interest | ▨ | T | | | | | |
| 157. Bond - Prior Lake, MN | | None | | | Sold | 01/30/09 | ▨ | | |
| 158. Bond - Rochester, MN | ▨ | Interest | ▨ | T | | | | | |
| 159. Bond - St. Cloud, MN | | None | | | Sold | 02/13/09 | ▨ | | |
| 160. Bond - St. Cloud, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 161. Bond - St. Paul, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 162. Bond - St. Paul, MN | | None | | | Sold | 01/15/09 | ▨ | | |
| 163. Bond - St. Paul, MN | ▨ | Interest | ▨ | T | | | | | |
| 164. Bill - U.S. Treasury | | None | ▨ | T | | | | | |
| 165. Bond - Waconia, MN | ▨ | Interest | ▨ | T | | | | | |
| 166. Bond - Waconia, MN | ▨ | Interest | ▨ | T | | | | | |
| 167. Shares Comex Gold Trust | | None | | | Sold | 12/21/09 | ▨ | ▨ | |
| 168. Bond - Anoka, MN | | None | | | Sold | 01/06/09 | ▨ | | |
| 169. U.S. Treasury Bill | | None | ▨ | T | | | | | |
| 170. U.S. Treasury Bond | | None | ▨ | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Shares Comex Gold Trust | | None | | | Sold | 12/21/09 | ▨ | ▨ | |
| 172. Bond - Anoka MN | ▨ | Interest | ▨ | T | | | | | |
| 173. U.S. Treasury Bill | | None | ▨ | T | | | | | |
| 174. U.S. Treasury Bill | | None | ▨ | T | | | | | |
| 175. U.S. Treasury Bill | | None | ▨ | T | | | | | |
| 176. U.S. Treasury Bill | | None | ▨ | T | | | | | |
| 177. U.S. Treasury Bill | | None | ▨ | T | | | | | |
| 178. U.S. Treasury Bill | | None | ▨ | T | | | | | |
| 179. Bond - Minnesota State | | None | ▨ | T | Buy | 12/01/09 | ▨ | | |
| 180. Bond - Mound MN | | None | ▨ | T | Buy | 12/01/09 | ▨ | | |
| 181. Bond - St. Paul MN | | None | ▨ | T | Buy | 12/01/09 | ▨ | | |
| 182. Shares Comex Gold Tr | | None | | | Buy | 02/13/09 | ▨ | | |
| 183. | | | | | Sold | 11/02/09 | ▨ | ▨ | |
| 184. Shares Comex Gold Tr | | None | | | Buy | 03/26/09 | ▨ | | |
| 185. | | | | | Sold (part) | 11/2/09 | ▨ | ▨ | |
| 186. | | | | | Sold | 12/21/09 | ▨ | ▨ | |
| 187. U.S. Treasury Bill | | None | ▨ | T | Buy | 01/26/09 | ▨ | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. U.S. Treasury Bill | | None | ▨ | T | Buy | 02/10/09 | ▨ | | |
| 189. U.S. Treasury BIll | | None | ▨ | T | Buy | 07/28/09 | ▨ | | |
| 190. U.S. Treasury Bill | | None | ▨ | T | Buy | 08/31/09 | ▨ | | |
| 191. U.S. Treasury Bill | | None | ▨ | T | Buy | 12/01/09 | ▨ | | |
| 192. U.S. Treasury Bill | | None | ▨ | T | Buy | 12/21/09 | ▨ | | |
| 193. U.S. Treasury Bill | | None | ▨ | T | Buy | 01/26/09 | ▨ | | |
| 194. U.S. Treasury Bill | | None | ▨ | T | Buy | 01/30/09 | ▨ | | |
| 195. U.S. Treasury Bill | | None | ▨ | T | Buy | 02/10/09 | ▨ | | |
| 196. SPDR Gold Trust | | None | | | Buy | 02/13/09 | ▨ | | |
| 197. | | | | | Sold | 11/02/09 | ▨ | ▨ | |
| 198. Shares Comex Gold Tr | | None | | | Buy | 02/13/09 | ▨ | | |
| 199. | | | | | Sold | 11/02/09 | ▨ | ▨ | |
| 200. SPDR Gold Trust | | None | | | Buy | 03/26/09 | ▨ | | |
| 201. | | | | | Sold (part) | 11/02/09 | ▨ | ▨ | |
| 202. | | | | | Sold | 12/21/09 | ▨ | ▨ | |
| 203. Shares Comex Gold Tr | | None | | | Buy | 03/26/09 | ▨ | | |
| 204. | | | | | Sold (part) | 11/02/09 | ▨ | ▨ | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Sold | 12/21/09 | ▨ | ▨ | |
| 206. U.S. Treasury Bill | | None | ▨ | T | Buy | 06/04/09 | ▨ | | |
| 207. U.S. Treasury Bill | | None | ▨ | T | Buy | 06/04/09 | ▨ | | |
| 208. U.S. Treasury Bill | | None | ▨ | T | Buy | 06/29/09 | ▨ | | |
| 209. U.S. Treasury Bill | | None | ▨ | T | Buy | 07/26/09 | ▨ | | |
| 210. U.S. Treasury Bill | | None | ▨ | T | Buy | 08/31/09 | ▨ | | |
| 211. Bond - Minnesota State | | None | ▨ | T | Buy | 11/02/09 | ▨ | | |
| 212. Bond - Mound MN | | None | ▨ | T | Buy | 11/23/09 | ▨ | | |
| 213. Bond - St. Paul MN | | None | ▨ | T | Buy | 11/23/09 | ▨ | | |
| 214. Bond - Hopkins MN | | None | ▨ | T | Buy | 11/23/09 | ▨ | | |
| 215. Bond - St. Paul MN | | None | ▨ | T | Buy | 12/01/09 | ▨ | | |
| 216. U.S. Treasury Bill | | None | ▨ | T | Buy | 12/01/09 | ▨ | | |
| 217. U.S. Treasury Bill | | None | ▨ | T | Buy | 12/21/09 | ▨ | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII. Investments and Trusts, line 35, May 2009 report at line 62 incorrectly listed interest in Part B but this bond earns none.

2. Part VII. Investments and Trusts, line 170, May 2009 report at line 249 incorrectly listed interest in Part B but this bond earns none.

3. Part VII. Investments and Trusts, line 171, May 2009 report at line 250 had incorrect value code ▓▓▓; correct value code was ▓

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 05/04/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544